1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| SWINERTON BUILDERS, a California corporation; and SWINERTON INCORPORATED, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; and DOES 1 through 250, inclusive,<br><br>Defendants. | CASE NO.: 3:12-cv-06047-EMC<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

The undersigned parties, through their respective counsel, hereby stipulate as follows and request that the Court enter this Stipulation and Order continuing the Case Management Conference to a later date:

(1)    On March 14, 2013, the Court heard the parties' oral argument on Defendants' Motion to Dismiss under FRCP Rule 12(b)(6).  At the hearing, the Court ordered additional briefing be prepared and filed.  The parties have complied and are awaiting an Order from the Court.

(2)    The currently scheduled April 25, 2013, Case Management Conference was set by Order entered March 5, 2013.

(3)    The parties desire a continuation of the Case Management Conference to allow time

1

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1    for the parties to respond accordingly to the Court's Order on Defendants' Motion to Dismiss under

2    FRCP Rule 12(b)(6).

3

4

5    /s/ Joseph L. Oliva                    /s/ Marc J. Derewetzky

       Joseph L. Oliva, Esquire               Marc J. Derewetzky, Esquire

6    Oliva & Associates, ALC            Trenk DiPasquale Della Fera & Sodono, P.C.

       11770 Bernardo Plaza Court, Suite 350    1300 Clay Street, Suite 600

7    San Diego, CA  92128                Oakland, CA  94612

       *Attorney for Plaintiffs, Swinerton Builders*    *Attorneys for Defendants, American Home*

8    *and Swinerton Incorporated*           *Assurance Company and National Union Fire*

                                             *Insurance Company of Pittsburgh, PA*

9

10

11

12    **GOOD CAUSE APPEARING, IT IS SO ORDERED** . The CMC is reset for 5/30/13 at 9:00 a.m.

                                                       A joint CMC Statement shall be filed by

13                                                     5/23/13.

14    _____

       Honorable Edward M. Chen

15    United States District Court Jud



16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE