OLIVA & ASSOCIATES ALC
Joseph L. Oliva, Esq., State Bar No. 113889
Charles L. Fanning IV, Esq., State Bar No. 248704
11770 Bernardo Plaza Court, Suite 350
San Diego, California 92128
Telephone: (858) 385-0491
Facsimile: (858) 385-0499
Email: joliva@olivalaw.com

Attorneys for Plaintiffs
SWINERTON BUILDERS and
SWINERTON INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWINERTON BUILDERS, a California corporation; and SWINERTON INCORPORATED, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; and DOES 1 through 250, inclusive,<br><br>Defendants. | CASE NO. CV 12-06047 EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT & [PRO~~POS~~ED] ORDER** Resetting CMC<br><br>Judge: Hon. Edward M. Chen<br>Courtroom: 5<br>Date: October 3, 2013<br>Time: 9:00 a.m.<br>Trial Date: N/A<br><br>Complaint Filed: November 29, 2012 |

The parties to the above-entitled action jointly submit this JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the Standing Order for All Judges of the Northern District of California dated July 1, 2011 and Civil Local Rule 16-9.

1. **Jurisdiction & Service**

Plaintiffs' allege that jurisdiction in this matter is based upon diversity between the parties pursuant to 28 U.S.C. Section 1332 as there is diversity of citizenship and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Plaintiffs bring this an action for declaratory judgment pursuant to the Federal Declaratory

1  Relief Act, 28 U.S.C. Section 2201, for purposes of determining an alleged, actual
2  controversy between the parties. All parties to the action have been served.

2. **Facts**

Plaintiffs allege that they were the general contractors for the construction of a residential development titled The Essex on Lake Merritt, located at Lakeside Drive and 17th Street in Oakland, California. Plaintiffs contend that Defendants issued two insurance policies that covered the project during the time relevant to Plaintiffs' complaint. The HOA for the project sued Plaintiff general contractors for construction defects. Upon receipt of the claim, Defendants appointed defense counsel for Plaintiffs. The parties attended several mediations in the underlying action. However, the underlying action did not settle prior to the filing of this lawsuit. Subsequently, the construction defect action did settle with Defendants paying for Plaintiffs portion of the settlement under a reservation of rights pursuant to *Blue Ridge Ins. Co. v. Jacobsen* (2001) 25 Cal.4th 489. Plaintiffs allege that Defendants had a duty to settle the underlying case earlier and that Plaintiffs have overpaid their $100,000 deductible for the project resulting in the filing of this lawsuit.

In the Complaint, Plaintiffs asserted three causes of action against Defendants: (1) breach of contract - failure to settle; (2) breach of the implied covenant of good faith and fair dealing - failure to settle; and (3) declaratory relief. Upon motion by Defendants, the Court (1) dismissed Plaintiffs' claims premised on Defendants' alleged breach of the duty to settle; (2) granted Defendants' motion to stay this action pending the completion of arbitration; (3) compelled the parties to proceed with arbitration.

3. **Legal Issues**

This case is stayed pending the outcome of arbitration. (Document 36).

4. **Motions**

The Court granted Defendants' Motion to Compel Arbitration and granted in part Defendants' Motion to Dismiss. (Document 36).

5. **Amendment of Pleadings**

This case is stayed pending the outcome of arbitration. (Document 36).

2

6. **Evidence Preservation**

    This case is stayed pending the outcome of arbitration. (Document 36).

7. **Disclosures**

    This case is stayed pending the outcome of arbitration. (Document 36).

8. **Discovery**

    This case is stayed pending the outcome of arbitration. (Document 36).

9. **Class Actions**

    This case is not a class action.

10. **Related Cases**

    *Swinerton Builders v. American Home Assurance Co.* (Case No. 3:12-04350-SC)

11. **Relief**

    This case is stayed pending the outcome of arbitration. (Document 36).

12. **Settlement and ADR**

    This case is stayed pending the outcome of arbitration. (Document 36).

13. **Consent to Magistrate Judge For All Purposes**

    The parties do not consent to a magistrate judge.

14. **Other References**

    This case is stayed pending the outcome of arbitration. (Document 36).

15. **Narrowing of Issues**

    This case is stayed pending the outcome of arbitration. (Document 36).

16. **Expedited Trial Procedure**

    This case is stayed pending the outcome of arbitration. (Document 36).

17. **Scheduling**

    This case is stayed pending the outcome of arbitration. (Document 36).

18. **Trial**

    This case is stayed pending the outcome of arbitration. (Document 36).

19. **Disclosure of Non-party Interested Entities or Persons**

    This case is stayed pending the outcome of arbitration. (Document 36).

20. **Other**

This case is stayed pending the outcome of arbitration. (Document 36).

Dated:  September 26, 2013

/s/ Charles L. Fanning
Joseph L. Oliva, Esquire
Charles L. Fanning, Esquire
Oliva & Associates, ALC
11770 Bernardo Plaza Court, Suite 350
San Diego, CA  92128
Attorney for Plaintiffs, Swinerton Builders
and Swinerton Incorporated

Dated:  September 26, 2013

/s/ Marc J. Derewetzky
Marc J. Derewetzky, Esquire
Trenk DiPasquale Della Fera & Sodono, P.C.
1300 Clay Street, Suite 600
Oakland, CA  94612
Attorneys for Defendants, American Home
Assurance Company and National Union Fire
Insurance Company of Pittsburgh, PA

## CASE MANAGEMENT ORDER

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED. The Further CMC is reset for 12/5/13 at 10:30 a.m. An updated Joint CMC Statement shall be filed by 11/27/13.

Dated: _____

UNITED STATES DISTRICT MAGISTRATE JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

4