1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

8
9
10

| | |
|---|---|
| SWINERTON BUILDERS, a California corporation; and SWINERTON INCORPORATED, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; and DOES 1 through 250, inclusive,<br><br>Defendants. | CASE NO.: 3:12-cv-06047-EMC<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

11
12
13
14
15
16
17
18

The undersigned parties, through their respective counsel, hereby stipulate as follows and

request that the Court enter this Stipulation and Order continuing the Case Management Conference

to a later date:

   (1)    On May 21, 2013, the Court (1) dismissed Plaintiffs' claims premised on Defendants'

alleged breach of the duty to settle; (2) granted Defendants' motion to stay this action pending the

completion of arbitration; and (3) compelled the parties to proceed with arbitration. (Document 36).

   (2)    The currently scheduled February 6, 2014 Case Management Conference was set by

Order entered December 11, 2013.

   (3)    The parties have reached an agreement to settle the matter subject to the Court's Order

19
20
21
22
23
24
25
26
27
28

1
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1    for arbitration.  At this time, the parties are still finalizing the settlement.  As such, the parties desire a

2    continuation of the Case Management Conference to allow time for the parties to finalize the written

3    settlement of the matter.

4

5

6    /s/ Joseph L. Oliva                                      /s/ Marc J. Derewetzky
     Joseph L. Oliva, Esquire                                 Marc J. Derewetzky, Esquire
     Oliva & Associates, ALC                                  Trenk DiPasquale Della Fera & Sodono, P.C.
7    11770 Bernardo Plaza Court, Suite 350                    1300 Clay Street, Suite 600
8    San Diego, CA  92128                                     Oakland, CA  94612
     *Attorney for Plaintiffs, Swinerton Builders*            *Attorneys for Defendants, American Home*
9    *and Swinerton Incorporated*                             *Assurance Company and National Union Fire*
                                                              *Insurance Company of Pittsburgh, PA*
10

11

12

13   **GOOD CAUSE APPEARING, IT IS SO ORDERED:**

14   The Case Management Conference has been continued to ____3/13/14____ at ___10:30 a.m.___.

15



16   _____
     Honorable Edward M. Chen
17   United States District Court

18

19

20

21

22

23

24

25

26

27

28

2
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE